AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Dainton Steve DRUMMOND,<br>a/k/a Anselmo Lionel JACKSON<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      6:23-mj-2063<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 17, 2023__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Annotti, Deportation Offier
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/20/2023

_____
Judge's signature

City and state:     Orlando, Florida

Embry J. Kidd, U.S. Magistrate Judge
Printed name and title

**STATE OF FLORIDA**          CASE NO. 6:23-cr- 2063

**COUNTY OF ORANGE**

### AFFIDAVIT IN SUPPORT OF THE
### ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 20 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about September 17, 2023, the Orange County Sheriff's Office (SO) arrested Dainton Steve DRUMMOND, a/k/a Anselmo Lionel JACKSON, a/k/a Junior Anthony MCKOY, a/k/a Darrin BOLAND, a/k/a Dainton DRUMMOND, a/k/a Dennis EDWARDS, a/k/a Dee BOLAND, a/k/a Keith Darcey KNIGHT, and booked him into the Orange County Jail (OCJ) based on a state criminal charge of DUI - influence of alcohol or drugs.

4. Per the arrest affidavit, SO Spencer responded to the area of South Hiawassee Road and Hunterdon Drive in reference to a driver that was passed out behind the wheel of the driver's vehicle. SO Spencer observed DRUMMOND occupying the driver's seat of his silver vehicle (later determined to be DRUMMOND's vehicle, which was registered under DRUMMOND's fraudulent alias, "Anselmo Lionel JACKSON") with his seatbelt fastened and the vehicle engine on. SO Spencer smelled an odor of alcohol coming from DRUMMOND's vehicle. SO Spencer interacted with DRUMMOND, where he observed DRUMMOND with red, glassy eyes, smelled a "strong odor of impurities" coming from DRUMMOND's breath, and learned that DRUMMOND consumed 3 Heineken beers prior approximately 30 minutes earlier. Additionally, DRUMMOND was unable follow SO Spencer's instructions and complete the field sobriety exercises as explained. Notably, during the traffic stop, DRUMMOND identified himself as "Anselmo Lionel JACKSON" and provided SO Spencer with a Florida Driver's License with that alias. Anselmo Lionel JACKSON was later determined to be a fraudulent alias.

5.  SO Spencer reported that because DRUMMOND's vehicle was parked in the middle of the roadway, DRUMMOND requested that his vehicle be towed. Considering DRUMMOND's request for his vehicle to be towed, SO Atlee conducted an inventory search of the vehicle. While conducting an inventory search of the vehicle registered to DRUMMOND, under his fraudulent alias Anselmo Lionel JACKSON, Orange County SO Atlee located a HiPoint 9mm River black handgun (serial number #P123310) with five 9mm rounds and one magazine. Following his arrest, the OCJ booking system automatically forwarded DRUMMOND's information to the ACRIMe (Alien Criminal Response Information Management System) national database.

6.  On September 18, 2023, The ICE national Law Enforcement Support Center (LESC) identified DRUMMOND's information in ACRIMe, verified his identity as a previously deported felon, and determined that he was likely in the United States illegally. The LESC contacted DO Anibal Vega-Aponte of ERO Fugitive Operations in Orlando. DO Vega-Aponte immediately filed an ICE immigration detainer on DRUMMOND with the OCJ and forwarded his case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

7.  On September 18, 2023, I contacted the Florida Department of Law Enforcement (FDLE), Biometric Service Section, and requested and received DRUMMOND's fingerprints relating to the OCJ booking on September 17, 2023. I submitted this set of fingerprints to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the

set of fingerprints and found them to match DRUMMOND and his unique FBI number.

8. A review of various databases and ICE records disclosed that DRUMMOND has an Alien File Number (A xxx xxx 450). He was born in 1962, in Westmoreland, Jamaica. He is a citizen of Jamaica and not a citizen of the United States. On September 8, 1988, DRUMMOND was administratively ordered deported or removed from the United States to Jamaica. DRUMMOND was physically removed from the United States to Jamaica on three occasions, specifically (1) November 22, 1996, (2) September 10, 1999, and (3) November 1, 2012.

9. A criminal history check revealed that DRUMMOND has an extensive criminal history with arrests and convictions in four states. Most notably, DRUMMOND was convicted of solicitation to commit possession of marijuana for sale, a felony violation of Arizona law, on September 8, 2011; he received a sentence of 2.5 years' imprisonment.

10. DRUMMOND has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

11. Based on the foregoing, there is probable cause to believe that on or about September 17, 2023, DRUMMOND was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1).

12. This concludes my affidavit.

_____
Mark Annotti, Deportation Officer
Immigration & Customs Enforcement

Subscribed and sworn to before me
This 20 day of September, 2023.

_____
HON. EMBRY J. KIDD
United States Magistrate Judge

5